UNITED STATES DUSTRICT COURT
DISTRICT OF SOUTH DAKOTA

MICHAEL HUNTER                    Civil Action No_____5:23-cv-5071_____
     Plaintiff  and The
Public and ex rel COMISSIONER
OF INTERNAL REVENUE SERVICE
          Plaintiffs
v                                          ECQUITABLE ACTION

DAVE BILLION,
AUTO, MARY BERRA CEO
OF GENERAL MOTOR INC
          Defendants

## I.
## JURISDICTION

**The Court has equitable jurisdiction as well**

**Jurisdiction qui tam under False Claims Act Title 31 U S C Sections**

**3739-3730 and declare unconstitutional Title 28 U S C Sections 2201,**

**2202.**

## II.
## VENUE

Defendant resides South Dakota therefore

venue proper Title 28 U S C Section 1391(a)

PAGE ONE---COMPLAINT

### III.
### PLAINTIFFS

Plaintiffs reside in the United States  of America

Includes the States of South Dakota, North Dakota, Iowa, Minnesota

And the acting Commissioner of the United States Internal Revenue

Service is nationwide part of the United States  one of the defendant

Owes more than four hundred billion in unpaid federal Income taxes

and defrauds on tax claims  cheating the United States and the public

and use of deception stole in excess of thirty four thousand dollars

$34,000.00

### IV.
### FACTS

5  On 15 day August 2023 plaintiff Michael Hunter took his

car for needed repairs to Billion Auto Minnesota and

PAGE FOUR---COMPLAINT

## IV.
## <u>RESPONDENTS</u>

All of the above named respondents acted in the clear absence of all jurisdiction to possess and deprive or threaten to deprive a citizen the Public thus are businesses and a corporation with license issued by the State of Minnesota.  The license does not authorize thefts by deception and fraud, nor theft of a motor vehicle against the laws that prohibit extortion as herein alleging.

## V.
## <u>FACTS</u>

1.  On or about the 15 day of August 2023 the petitioner Michael Hunter took his motor vehicle for repairs needed to his journey to Billion Auto of Worthington Minnesota and

PAGE THREE---COMPLAINT

numerously requested repairs related to the car's

problems but a Billion employee lied falsely claiming leak was

so bad would not hold and they presented repairs on paper.

after payment under coercion made and then petitioner saw

charges exceeded hundreds of dollars he did not approve and

committed the crime of theft by deception and deceit and after

coerced to pay over one thousand fifteen hundred dollars.

petitioner saw still leaking and employed Billion mechanic

falsified papers Minnesota Statute 609.63 crime

of for presentation to petitioner knowing of lien

power to unconstitutionally seize petitioner's car absent

consent and was theft of a motor vehicle violation

Minnesota Statutes 609.52; theft 609.546;

PAGE FOUR---COMPLAINT

Petitioner's vehicle was never fixed as he directed.

The defendant also known as the CEO of General

Motor Corporation was named defendant in an Iowa United

States District Court Sioux City Iowa factually alleging he was

improperly induced and mentally susceptible and unable to

consent included the Social Security Administration found

petitioner unable. A loss of thirty one thousand

dollars salesperson knew at the time petitioner

drawing disability payments resulted that General

Motor he was induced salesperson used aggressive same

tactics to induce the petitioner that but not for the

respondents suffer from sociopathic disorder [pathological

lying, harm others with no guilt or remorse, failure to learn

PAGE FIVE---COMPLAINT

from criminal conduct all make up label con artist These are the

common traits of auto repair and employees of Billion Auto

they work for commission or get a "cut" in [theft successes]

2.   Petitioner is suffering the loss of use of his funds which

were and are essential to his life and all the above rise under

the Commerce Clause of the Constitution of the United

States.  Defendant Dave Billion is setting up another

monopoly in the City of Worthington a process of

more scheme to eliminate other businesses and leave

The Public in his lien scam he has no right taking and

control property he seizes stolen by the respondents even the

Petitioner has a right to use reasonable force to necessary

under necessity or justification both valid here he has done in

Minot,  North Dakota and others.

PAGE SIX---COMPLAINT

Get the refund by use of reasonable use thereof

After exhaustion of all lawful remedies. Billion

employees had unlawful possession of the petitioner's

vehicle  was auto theft a felony carrying five (5)

years imprisonment right where all belong in the

Public interest and the Court's highest duty is the

Protection of Constitutional rights and the

community. Petitioner also claims to be a member of The

Public. No private person or business can seize property

unless after judgment of a court consistent with the

protection of Due Process of Law

                Billion has committed three state

Felonies. First falsifying business records; second theft by

PAGE SEVEN---COMPLAINT

deception; third auto theft.

4  The unlawful taking of petitioner's

Motor vehicle affected commerce as it blockrd snf disrupted

his traveling from state to state and using the highways in the

exercise of fundamental rights and is a common law right to

use his vehicle across the United States from state to

State notwithstanding violated the Takings Clause of

the United States Constitution.  His vehicle denominated

his "crutch" needed element of his livelihood fundamental

to his existence---is a necessity.

7  The Rule of Law has been re-settled in

Our democracy NO MAN IS ABOVE THE LAW NOT DAVE BILLION

EITHER. A monopoly is illegal and harms the Public  Dave Billion's

PAGE EIGHT---COMPLAINT

scheme is full price control but has to eliminate all competition

The Department of Justice should intervene or the Court

Undertake its authority accepting petitioner may

ssert 'others" rights as  members **NAACP v, Button**, 371 U.

S. 415 (1963)

## IX.
## QUESTIONS PRESENTED

WHETHER THE CONSTITUTIONAL
GUARANTEED RIGHT TO PROPERTY IS
RELEVANT?

## X.
## LAW

The issue is settled by the decisions of

**Snadach v. Family Finance Corp.** 395 U. S. 337 (1969).

**Fuentes v, Shevin**, 401 U. S. 67 (1972). In three

States Georgia, West Virginia, and California

PAGE NINE---COMPLAINT

Laws invalidated lien enforcement **Mason  v. Garris,**

360 F. Supp. 420 (ND Ga 1973). **Straley v. Gasseway Motor**

**Company**, **inc,** 359 F. Supp. 907 (SD W Va 1973) **Adams v.**

**Department Motor Vehicles**, 11 Cal.3d 146, 530 P.2d 961 Rptfr

Petitioner did not and would never consent to seizure The

Courts have clarified private conduct may be so intertwined

with governmental action is "to be subject to the

Constitutional limits placed on state action under the fourteenth

Amendment " **Adikes v. S H Kress & Co.**, 398 U. S. 144 (1970)

However a lien ceases, if it ever existed, being lien where here

Held from and denied until one pays what is not owed and

Subjected is extortion. That is another criminal act that the

Respondents scheme successful  yet. Pay fo what service

PAGE TEN---COMPLAINT

not rendered  Respondent needs a prison cell  and gave the

bill showing after payments excess of fifteen hundred dollars

[$1,500.00]  Petitioner notes others in The Public have been

extorted by Billion and manner of finding through a news

publication  The Globb of Worthington and will leave copy of

        8   The respondents have no practice known not

Provided notice nor hearing Due Process required and seized

Control with no debt and did not repairs needed, and did not

permit test drive first. One item petitioner never asked for bill

him over $420.00 and total owed to petitioner $34,000.00

the Court must issue writ of mandatory injunction requires pay

the funds promptly and grant one hundred thousand dollars

deterrence needed in the Public interest. It was and still is an

ongoing injury perpetrated by auto sales, and auto repairs

PAGE ELEVEN---COMPLAINT

unneeded and costly   The Court is requested to declare

Minnesota statute 514.18 to be in violation of the United

States Constitution as to deny a right by creating  and there is

nothing in the Federal Bill of rights that grants a statutory

Right to lay in ruins a Federally protected right denial of

property without due process of law under the

Fourteenth Amendment   There is no right under the

Constitution to detain the property of another debt collecting

device  The State of Minnesota legislature cannot wage war on

federally protected liberties inventing a right the state law an

outrageous abuse  For if such be the case petitioner will place a

lien on each law makers vehicle and have a tow truck take each

to an undisclosed place until owed funds from damages are

PAGE TWELEVE---COMPLAINT

paid.  By the way the United States Constitution is "The

Supreme Law of the Land"  NO STATE can pass law creates

a right over a federal right and the obvious is clear auto

dealers put funds in the pockets of legislatures who accepted

the bribe by hidden agenda in voting for its passing and

permitting denial of property without due process of law in

violation of the United States Constitution where that seizure

obstructs other rights by its use of.

The Court must hold void on its face in any and all applications

unenforceable as Federal Constitutional Rights preempts state

law and a law that clearly deprives violates the United States

Constitution which no state may enact and interferes with

the exercise of related rights  and while a statute may create a

right nonetheless restricted to Due Process of a citizen not a

PAGE THIRTEEN---COMPLAINT

business and the statute must be struck down as unclear and

without due process limitations addressed in the law which the

state cannot pass any law that vests overbroad applications

nevertheless since acted under color of state law they are

subject to the Constitutional limitations and afforded they

committed theft in  the amount as above

There will be a reply claiming petitioner agreed to pay but such

was not a free and voluntary waiver and was based on fact

they had petitioner vehicle and would not release to petitioner

unless he agreed and paid and petitioner signed papers under

that subtle coercion either sign and pay what was not agreed

was not accurate owed but an unlawful scheme Dave Billion has

instructed his co conspirators  Waiver of a right to ownership

PAGE FOURTEEN---COMPLAINT

was not an act voluntary and had not possession of vehicle

as the Court stated on waivers under **Johnson v. Zerbst**, 304

U. S. 458 at 464 (1938) No waiver but not unlawful coercion

petitioner had four words reply "Kiss my ass thieves."

## RELIEF

WHEREFORE Petitioner Michael Hunter respectfully

Prays the Court issue foregoing relief:

a)  Grant Order the respondents file a
Copy of all papers in their possession and serve copies on
petitioner including financial transactions

b)  Issue Order to show cause and place on
the docket a prompt hearing

c)  Order immediate repayment the
respondents received from petitioner by the
issuance of  writ of mandamus

d)  Grant any such other relief the
Court deems fair, just, and equitable

PAGE FIFTEEN----COMPLAINT

The  18 day August 2023

Respectfully submitted

_____
Michael Hunter

Petitioner verifies the contents true

The 18 August 2023

_____
Michael Hunter

PAGE SIXTEEN---COMPLAINT



Clerk

#302    U S District Court

515 North 5th

Rapid City SD

~~57701~~

57801

X-RAYED BY
SOUTH DAKOTA
CSO