UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MICHEAL HUNTER and THE PUBLIC and ex rel COMISSIONER OF INTERNAL REVENUE SERVICE,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVE BILLION, AUTO, MARY BERRA CEO of GENERAL MOTOR INC,[1]<br><br>Defendants. | 5:23-CV-05071-KES<br><br><br>JUDGMENT |

Pursuant to the Order Granting Plaintiff Hunter's Motion for Leave to

Proceed in Forma Pauperis and 1915 Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that the complaint (Docket 1)

is dismissed without prejudice.

Dated April 25, 2024.


BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

---

[1] The caption names the parties exactly as Hunter identifies the parties in his complaint. *See* Docket 1.